Entered on Docket
May 21, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: May 20, 2010

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
Minnie Loo, Trial Attorney (106613)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3484
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | No. 10-30871 TC |
| | Chapter 11 |
| GLENN V. BASINA, | |
| | Date: 17 May 2010 |
| | Time: 9:30 a.m. |
| Debtor. | Courtroom: 23 |

**ORDER DISMISSING CASE WITH A BAR TO REFILING FOR 180-DAYS UNDER 11 U.S.C. § 109(g)**

The status conference on this case was held on 17 May 2010, along with Debtor's motion to dismiss case. No appearances were made by the Debtor or Debtor's counsel. Minnie Loo appeared for the United States Trustee. For the reasons stated on the record pursuant to FRBP 7052, it is hereby

ORDERED, that this case is DISMISSED for Debtor's wilful failure to abide by orders of the court and for Debtor's failure to appear before the court in proper prosecution of the case; and it is further

ORDERED, that the Debtor is barred from re-filing a bankruptcy case for a period of 180-days following the entry of this order pursuant to 11 U.S.C. § 109(g).

\*\*\* END OF ORDER\*\*\*

COURT SERVICE LIST

Debtor
Glenn V. Basina
115 Mirada Dr
Daly City, CA 94015

ORDER DISMISSING CASE WITH 180-DAY BAR: 10-30871   2